Case Number: 26-42679

FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

AUG 27 2026

CLERK, US BANKRUPTCY COURT

Notice of Undeliverable Mail to Debtor

August 6, 2026

From: United States Bankruptcy Court, Eastern District of Texas

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Katelyn D Sweeney, Case Number 26-42679, btr

TO THE DEBTOR:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**Plano - U. S. Bankruptcy Court**
**Suite 300B**
**660 North Central Expressway**
**Plano, TX 75074**

---

Undeliverable Address:
AT&T Internet

Role type/cr id: 8847487
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
AT&T, P.O. BOX 6416
Carol Stream, IL 60197-5014

Undeliverable Address:
Abernathy Roeder Boyd



007117

71704007124025

Role type/cr id: 8847486
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
1700 Redbud Blvd, Suite 300
McKinney TX 75069

Undeliverable Address:
Chase Bank

Role type/cr id: 8847488
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
Chase, Mail Code LA4-6475, 700 Kansas Lane
Monroe, LA 71203

Undeliverable Address:
City of Anna - Water

Role type/cr id: 8847489
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
P.O. Box 776
Anna TX 75409

Undeliverable Address:
Credit One Bank

Role type/cr id: 8847490
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
P.O. Box 60500
City of Industry, CA 91716-0500

Undeliverable Address:
Level One Emergency Physicians → Texoma Medical Center

Role type/cr id: 8847493 → Harris & Harris, LTD. (debt collector)
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
111 West Jackson Blvd Suite 650
Chicago, IL 60604-3589

Undeliverable Address:
OnePay - Walmart

Role type/cr id: 8847494
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
OnePay - One Finance, Inc.
P.O. Box 513717 Los Angeles, CA 90051

Undeliverable Address:
PennyMac Loan Services, LLC

Role type/cr id: 8847485
Reason Undeliverable: INCOMPLETE ADDRESS
THE UPDATED ADDRESS IS:
P.O. Box 30597
Los Angeles, CA 90030-0597

Signature of Debtor or Debtor's Attorney

8/21/26
Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

Plano - U.S. Bankruptcy Court
660 North Central Expy, Suite 300B
Plano, TX 75074

THU-31707 0540-4 309A 26-42679
Katelyn D Sweeney
3111 urban way
Anna, TX 75409

Additional undeliverable
* Returned to sender

Katelyn Sweeney 8/21/26

000189 0.000000 10804-1-189

Goranson Bain Ausley
Plano, TX

* corrected address:
Goranson Bain Ausley
8350 N. Central Expy
#1700, Dallas TX
75206

000189 31707000189022