**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

# QUITCLAIM DEED

STATE OF TEXAS §
§
COUNTY OF COLLIN §

This quitclaim deed, made between:

Clay Scott Boswell
*{Full name(s) of Grantor(s)}*

of Allen, Collin, Texas, Grantor(s),
*{City, county, and state where Grantor resides, or, if an entity, has principal place of business}*

AND

Justin Lee Boswell & Kacelyn Danielle Sweeney
*{Full name(s) of Grantee(s)}*

Whose mailing address is 1308 Lazy Grove Dr, Anna, Tx 75409
*{Street, city, county, and state address for Grantee(s)}*, Grantee(s):

WITNESS: That the Grantor(s), in consideration of the sum of Ten Dollars ($10.00) and other good and valuable consideration, the receipt and sufficiency of which are acknowledged, has QUITCLAIMED and does QUITCLAIM to Grantee(s), all of Grantor's right, title, and interest in and to the real property in Collin County, Texas, fully described in Exhibit A, and all improvements located on it, together with all of Grantor's right, title, and interest in and to (a) any and all rights, titles, powers, privileges, easements, licenses, rights-of-way, and interests appurtenant to the real property and any improvements on the real property, and (b) any and all rights, titles, powers, privileges, easements, licenses, rights-of-way, and interests of Grantor, either at law or in equity, in possession or in expectancy, in and to any real estate lying in the streets, highways, roads, alleys, rights-of-way, or sidewalks, open or proposed, in front of, above, over, under, through, or adjoining the real property, and in and to any strips or gores of real estate adjoining the real property (collectively, "Property").

TO HAVE AND TO HOLD the Property, together with all and singular the rights and

appurtenances to it in any way belonging, to Grantee, its successors, and its assigns forever, WITHOUT ANY WARRANTIES OR REPRESENTATIONS BY GRANTOR, EXPRESS OR IMPLIED, OR ARISING BY OPERATION OF LAW, INCLUDING BUT NOT LIMITED TO ANY WARRANTY OF CONDITION, MERCHANTABILITY, HABITABILITY, OR FITNESS FOR A PARTICULAR USE, OR WITH RESPECT TO THE VALUE, PROFITABILITY, OR MARKETABILITY OF THE PROPERTY; so that neither Grantor nor Grantor's heirs, administrators, executors, successors, or assigns will have, claim, or demand any right or title to the Property or any part of it.

Grantee, by its acceptance of this deed, assumes payment of all standby charges, ad valorem taxes, and assessments for the 2024 *{year}* calendar year and later calendar years not yet due and payable, each to the extent attributable to all or part of the Property.

EXECUTED as of DECEMBER 6th, 2024.

**SIGNATURE OF GRANTOR (1):**

*Sign the first signature block if Grantor is a natural individual (not an entity), and check one box (if any) that applies to Grantor on the date of this deed. If Grantor is an entity, sign the second signature block and fill out the appropriate blanks:*

Clay Scott Boswell
*{Signature of Individual Grantor}*

X Grantor is a single person,
*Or*
☐ Grantor is married person and signs this deed together with Grantor's spouse,
*Or*
☐ Grantor is a married person exercising management and control of Grantor's separate property not claimed as a homestead,
*Or*
☐ Grantor is a married person exercising management and control of Grantor's sole management community property not claimed as homestead.

*OR*

☐ Grantor is a legal entity, and signs this deed in Grantor's official capacity stated below:

Name of Entity: ____________________
A Texas ____________________ *{Type of entity}*
By: ____________________ *{Signature}*
Printed Name: ____________________
Title and authority of Grantor: ____________________

STATE OF TEXAS

COLLIN COUNTY

Before me, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared ____________________________________________ *{name of person acknowledging}*, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that ________ *{he/she}* executed it for the purposes and consideration expressed in it.

Given under my hand and seal of office, this ____ day of _____________, 20____.

____________________________
Notary Public – State of Texas

My commission expires:

**SIGNATURE OF GRANTOR (2):**

*Sign the first signature block if Grantor is a natural individual (not an entity), and check one box (if any) that applies to Grantor on the date of this deed. If Grantor is an entity, sign the second signature block and fill out the appropriate blanks*:

____________________________
*{Signature of Individual Grantor}*

☐ Grantor is a single person,
*Or*
☐ Grantor is married person and signs this deed together with Grantor's spouse,
*Or*
☐ Grantor is a married person exercising management and control of Grantor's separate property not claimed as a homestead,
*Or*
☐ Grantor is a married person exercising management and control of Grantor's sole management community property not claimed as homestead.

*OR*

☐ Grantor is a legal entity, and signs this deed in Grantor's official capacity stated below:

Name of Entity: ______________________
A Texas _____________________________ *{Type of entity}*
By: _________________________________ *{Signature}*
Printed Name: _____________________________
Title and authority of Grantor: ________________________

STATE OF TEXAS

COLLIN COUNTY

Before me, the undersigned, a Notary Public in and for the State of Texas, on this day personally appeared Clay Boswell {*name of person acknowledging*}, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he {*he/she*} executed it for the purposes and consideration expressed in it.

Given under my hand and seal of office, this 6th day of December, 2024.



Notary Public – State of Texas

My commission expires: 05/24/2027

CARSON CHRISWELL
Notary Public, State of Texas
Comm. Expires 05-24-2027
Notary ID 134377093

**EXHIBIT A**

SINGLE FAMILY HOME IN ~~[illegible]~~ ANNA, TX

LOT 16 BLOCK O, of A FINAL PLAT OF VILLAGES OF HURRICANE CREEK - NORTH, PHASE 1A, a SUBDIVISION IN COLLIN COUNTY, TEXAS ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN VOLUME 2023, PAGE 264 OF THE PLAT RECORDS of COLLIN COUNTY, TX

{Legal description of property}

FOR RETURN DOCUMENTATION RETURN TO:

CLAY BOSWELL
1934 DEERCREEK DR,
ALLEN, TX 75013

**Collin County**
**Honorable Stacey Kemp**
**Collin County Clerk**

*VG-33-2024-2024000151586*

**Instrument Number:** 2024000151586

Real Property

DEED

Recorded On: December 06, 2024 03:57 PM

Number of Pages: 6

**" Examined and Charged as Follows: "**

Total Recording: $41.00

************** THIS PAGE IS PART OF THE INSTRUMENT **************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY because of color or race is invalid and unenforceable under federal law.

**File Information:**

| | |
|---|---|
| Document Number: | 2024000151586 |
| Receipt Number: | 20241206000703 |
| Recorded Date/Time: | December 06, 2024 03:57 PM |
| User: | Amanda J |
| Station: | Station 6 |

**Record and Return To:**

Clay Boswell
1934 Deercreek Dr

ALLEN TX 75013

**STATE OF TEXAS**
**Collin County**
**I hereby certify that this Instrument was filed in the File Number sequence on the date/time printed hereon, and was duly recorded in the Official Public Records of Collin County, Texas**

Honorable Stacey Kemp
Collin County Clerk
Collin County, TX

Stacey Kemp