MOVANT'S EXHIBIT C

