**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 26-42679 |
| KATELYN D. SWEENEY, | CHAPTER 7 |
| Debtor. | |

# ORDER GRANTING LIMITED RELIEF FROM AUTOMATIC STAY

Came on for consideration the Motion for Relief from Automatic Stay filed by Clay Boswell and Justin Boswell (the "Movants"). After considering the Motion, the Debtor's Limited Objection and Response, the arguments of the parties, and the record before the Court, the Court finds that limited relief from the automatic stay is appropriate.

IT IS THEREFORE ORDERED that the automatic stay imposed by 11 U.S.C. § 362 is **MODIFIED AND LIFTED solely with respect to the real property located at 1308 Lazy Grove Drive, Anna, Texas 75409 (the "Property"), and solely to permit the parties to proceed with the pending partition action concerning the Property in the 493rd Judicial District Court of Collin County, Texas, Cause No. 493-03113-2026, including the hearing presently scheduled for October 9, 2026, and any further proceedings necessary to adjudicate and effectuate partition or disposition of the Property.**

IT IS FURTHER ORDERED that this Order grants relief from the automatic stay **only as to the Property and the partition proceeding. Nothing in this Order authorizes the assertion, adjudication, determination, or enforcement of any claim for personal liability, damages, monetary recovery, or other personal relief against Debtor Katelyn D. Sweeney. No such liability against the Debtor may be asserted or determined in the partition proceeding, or otherwise, absent further order of this Court.**

IT IS FURTHER ORDERED that, except as expressly provided herein, the automatic stay remains in full force and effect.

IT IS FURTHER ORDERED that, for cause shown, the fourteen-day stay of this Order provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is **WAIVED**, and this Order shall be **effective immediately upon entry**.

Signed on 10/7/2026

Brenda T. Rhoades KC

HONORABLE BRENDA T. RHOADES,
CHIEF UNITED STATES BANKRUPTCY JUDGE

**Submitted by:**
**NORRED LAW, PLLC**

By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Attorney for Movants
Clay Boswell and Justin Boswell